IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMILY W. STILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 03 C 8137 |
| ) | |
| CITY OF CHICAGO, a municipal corporation, and ) | JUDGE BUCKLO |
| CHICAGO POLICE OFFICER CLAY WALKER, ) | MAGISTRATE JUDGE LEVIN |
| individually and in his official capacity, ) | |
| ) | |
| Defendants. ) | |

FILED
SEP 07 2004
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

SEP 1 0 2004

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Richard A. Duffin
Attorney for plaintiff,
Emily Stiles
53 w. Jackson Blvd. - 5th Fl.
Chicago, IL 60604
(312)566.0911
Attorney No. 6255870

Date: September 1, 2004

Arlene E. Martin
Senior Counsel
Attorney for defendant Clay Walker

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744.6949
Attorney No. 06189906

Date: September 1, 2004

Respectfully submitted,

CITY OF CHICAGO,
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: Penelope George
Penelope George
Senior Counsel
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744.0116
Attorney No. 06184989

Date: September 1, 2004

